# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No: 8:15-cv-1851-T-23TGW

TERESA LEE,

    Defendant.

_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **TERESA LEE** in Tampa, Florida on the 23rd day of September, 2015.

                                                  SHERYL L. LOESCH, CLERK

                                                  s/E. Calderon, Deputy Clerk

Copies furnished to:

Counsel of Record