UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       CASE NO. 8:15-cv-1851-T-23TGW

TERESA LEE,

    Defendant.
_____/

## ORDER

The plaintiff moves (Doc. 9) for summary judgment, and the defendant fails to respond. A June 3, 2016 order (Doc. 10) construes the motion as a motion for a default judgment and refers the motion for a report and recommendation. After an evidentiary hearing, the magistrate judge recommends (Doc. 17) granting the construed motion for a default judgment and awarding the plaintiff $19,253.70, plus daily interest of $1.63 after June 24, 2016, and costs of $40.00. Seventeen days has passed, and neither party objects. The report and recommendation (Doc. 17) is **ADOPTED**. The plaintiff's construed motion for a default judgement (Doc. 9) is **GRANTED**. The clerk is directed (1) to enter a default judgment in favor of the

plaintiff and against the defendant for $19,253.70, plus daily interest of $1.63 after June 24, 2016, and costs of $40.00 and (2) to close the case.

ORDERED in Tampa, Florida, on August 5, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE